

| | |
|---|---|
| | **U.S. Department of Justice** |
| | *United States Attorney*<br>*Eastern District of New York* |
| JRS<br>F. #2023R00567 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

April 16, 2024

By E-mail

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Cinque Lipscomb and Diamondique Richardson
       Criminal Docket No. 24-139 (EK)

Dear Judge Marutollo:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

              Respectfully submitted,

              BREON PEACE
              United States Attorney

         By:    /s/
              James R. Simmons
              Assistant U.S. Attorney
              (718) 254-7511

Enclosure

cc: Clerk of Court (by ECF)
   Counsel of Record (by ECF)